FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2006 FEB -6 PM 3: 18

CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| GENE T. GAINES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 104-194 |
| | ) |
| JO ANNE B. BARNHART, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. The decision of the Commissioner of the Social Security Administration is **AFFIRMED,** plaintiff's complaint is **DISMISSED,** and this civil action is **CLOSED.**

SO ORDERED this 6th day of February, 2006, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE